IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 17-3210 |

## <u>ORDER</u>

**AND NOW**, this 23rd day of April, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), and Plaintiff's response (ECF Nos. 11, 12), it is hereby **ORDERED** that:

1. Defendants' Motion (ECF No. 7) is **GRANTED**;
2. Plaintiff's Petition for Writ of Mandamus (ECF No. 4) is **DENIED**;
3. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1